UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:17-cr-00060-1 |
|  | : |  |
| Plaintiff, | : | ORDER |
|  | : |  |
| v. | : |  |
|  | : |  |
| LEVERT A. BATES, | : |  |
|  | : |  |
| Defendant. | : |  |

---

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In February and March 2024, Defendant Levert Bates filed two post-conviction motions that he titled as a "Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" and "Motion for Leave to Amend 18 U.S.C. § 3582(c)(2) Pursuant to Rule 40B and § 403 of the First Step Act," respectively.[1]

Based on the motions' titles, Bates appears to be seeking a sentence reduction due to a retroactive sentencing amendment.[2]  However, the motions do not substantively raise any sentencing amendment arguments.  Nor do the motions raise arguments under § 3582's general compassionate release provision.[3]  Rather, the motions challenge the validity of Bates' conviction and sentence.[4]

Conviction- and sentence-validity arguments must be raised under 28 U.S.C. § 2255, not under the compassionate release statute.[5]  So, the Court recharacterizes Bates' two motions as § 2255 motions.

---

[1] Docs. 163, 164.
[2] *See* 18 U.S.C. § 3582(c)(2).
[3] *See* 18 U.S.C. § 3582(c)(1)(A).
[4] *Id.*
[5] *United States v. West*, 70 F.4th 341, 347 (6th Cir. 2023) (collecting cases).

Case No. 1:17-cr-00060-1
GWIN, J.

Recharacterizing Bates' motions as § 2255 motions limits Bates' ability to raise second or successive § 2255 motions in the future.[6]  Therefore, the Court gives Bates the opportunity "to withdraw the motion[s] or to amend [them] so that [they] contains all the § 2255 claims he believes he has."[7]

In sum, the Court recharacterizes Bates' motions as § 2255 motions.  If Bates wishes to withdraw or amend those motions, he must do so by **July 1, 2024**.  The government shall respond to Bates' motions, including any amendment, by **July 22, 2024**.  If Bates wishes to submit a reply, he must do so by **August 5, 2024.**

IT IS SO ORDERED.


Dated: June 10, 2024                              s/      *James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE

---

[6] 28 U.S.C. § 2255(h).
[7] *Castro v. United States,* 540 U.S. 375, 383 (2003).